NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**DANIEL E. HEILY,**
*Plaintiff-Appellant,*

**v.**

**DEPARTMENT OF DEFENSE, NATIONAL
GEOSPATIAL INTELLIGENCE AGENCY, WINSTON
BEAUCHAMP, DAVID S. SCOPP, LAURI JO
LITTON, LARRY G. STEPHENS, AND MARCUS J.
BOYLE,**
*Respondents-Appellees.*

———————————

2013-1118

———————————

Appeal from the United States District Court for the District of Columbia in case no. 09-CV-1230, Judge Reggie B. Walton.

———————————

**ON MOTION**

———————————

**O R D E R**

Having received no objection to this court's order dated January 14, 2013,

IT IS ORDERED THAT:

DANIEL HEILY V. DEFENSE                                                2

    (1) This appeal is transferred to the United States Court of Appeals for the District of Columbia Circuit pursuant to 28 U.S.C. § 1631.

    (2) Each side shall bear its own costs.

FOR THE COURT

/s/ Jan Horbaly<br>
Jan Horbaly<br>
Clerk

Issued As A Mandate:  February 8, 2013